```
                                                              JLF 199
                                                              EFF. 02/22/07

                     UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF MISSISSIPPI


IN RE: Lewis Thompson

       DEBTOR(S)                                     11-11195DWH
                              BANKRUPTCY CASE NO. _____
```

ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

    IT IS ORDERED that the debtor(s) may pay the filing fee in installments and shall pay said filing fee according to the following terms:

    $ __74.75__    Check one    ( ) With the filing of the petition, or

                                (x) On or before __04/15/2011__

    $ __74.75__    on or before __05/15/2011__

    $ __74.75__    on or before __06/15/2011__

    $ __74.75__    on or before __07/15/2011__


    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.


                                        BY THE COURT

          03/16/2011                    David W. Houston III
    DATED: _____              _____
                                        UNITED STATES BANKRUPTCY JUDGE